This court said, if Congress wishes to do this federal funding, it will need to reduce complicated constitutional obligations in the state's individual clearance. In that case, following Webster v. Doe, or A, since U.S. 592, a defiant case previously satisfied the entire slave-to-individual-clearance constitutional right in the state of Maryland. Here we have three statutory schemes in the state court records, including the three things first. That's the posting of the officer's credit cards, the federal employee retirement system, and the federal workers' compensation. Some of the most important materials include the venue or form of dedication of constitutional rights to a person. It's important to give an opportunity to dedicate your constitutional rights to a person before they wish to receive compensation for the damage that resulted from the seizure of a person's rights in another place. I thought that in Germany it was, that this court said something like, because there is no remedy, I think that we need to give this person a remedy. Because isn't it, when it's from the people, isn't it a pain to do? Somebody damages someone. Well, I think it's also a consequence of that in Germany. But on what basis? Well, I think it's a consequence of this. I think it's a consequence of the insurgency of federal officers committing officer's violations. The human rights group fires the same thing into many more mental health situations than actually from the very first time it's used. The human rights institution is considered a resource of the human purpose. And this is a policy that is without the intention of a remedy. There is understanding that some of the work that's done to prevent this in operation has been very assistive in the environment here at Boulder and in the people in Austin and in the federal law enforcement. I have a question. The fact that you're doing investigations and that you're doing investigations, do you have to allow people to be on probation or do you have to allow people to be on probation? Well, there's two reasons. First of all, the whole thing is stupid. The whole law enforcement community is created in every way that seems impossible to me. And essentially, there's no prosecution or investigation service. So how do you do your theory? Would there ever be a case in which you've been charged with offensive sexual violations and two federal cases of offensive sexual violations? You're crazy. Would there be a limit to the limits that may be applied in every case in which a federal offensive sexual violation occurred under federal law enforcement? Well, it's also not a case you should be concerned with. Because in the absence of evidence, what's been used to argue for safe people into the area to determine whether they're federal agents or not. So the whole investigation is a set of science, and it's a search for evidence. And the investigators are going to do their own case. And the officers are going to do their own situation. And the prosecutors are going to do their own straightforward evidences. And so here's where it's interesting. The whole thing is stupid. But I know it's used in your argument. Your argument is the absence of an express directive from Congress as required in order to get the person caught in an offensive case. I think the point here is it's a competition. And if there's a competition, there's a competition. And if the people they want to fight for it, they need to have a vote. And if they can't decide, they can do their own thing. It's used to extend the viability to a new context. And I have no idea if that's the case. Fourth, you're making a sort of freestanding exception to due process, right, if you know what I mean, that by government action, somebody was disproportionately exposed to danger. Of course, folks are expected to do context and theories for once, because it's a new course for them to do. Well, I mean, I think this sort of thing is still used in other areas, including state-of-creation danger, right? I mean, that depends. It depends. It just depends on the change in context. I mean, state-of-creation danger, where we have a different style of social state-of-creation danger. I don't know if that's part of it. It's just that we recognize that. But it's the same ideology for social state-of-creation. I mean, state-of-creation danger, as well, right? I agree. I agree. This is state-of-creation danger constitutionally in the community. My question is, and, you know, courts are not just running all the time. Courts have served in advance here. We've got three areas that have different assumptions, and we're not so sure why we're sticking to the legal ones. Do you want to answer those questions? No, go ahead. I agree with you more than you said yourself. There are, of course, professional factors involved in this. There are various pieces of law that's been in place, and the process has been in place to help people deal with it. And, in a lot of cases, it's just a matter of getting people to reach out to the police and the military for assistance. I agree with you. There's a lot of ongoing minor things that we have been doing in the past couple years. We've collectively been trying to address the difficulty here. A lot of people have been busy. A lot of people have been involved in a lot of operations. I found one of them that's potentially helping in the tripping arms of our military. So, I agree with those issues there. And the fact that these arguments have been raised about, well, a lot of it is a piece of this story. It's a lot of questions. It's a piece of the military's background. For us, it's been a lot of years, and it's been a very helpful process in the tripping arms of the military and advancing into the new operational areas of the military. It's something to worry about.  It is horrible. It's ill-conceived, but it's something that every law enforcement officer is saying. So, there is a concern that we're being thoughtful and we're doing everything to try and work out the best methods. I think it's going to be interesting to see what happens. In this particular project, it might be similar for those entities, of course, but we believe each real law enforcement is ruling what the law is, and the other entities are in charge of their actions. That's a point to think later in the process. Let all a force engaged in these issues do their work, and let them stretch their own laws, which all of us agree on. Correct. I think that's a point of follow-up, and that's what you need to better describe it. In this case, they're functionally strange, and their functions are extremely racist, and we want to get a hold of them. Can you say that the 1-5-4-2-5-5-2-2-1 or at least that this should be incorporated into the 1-5-4-2-2-5-2-1? Yes, we want to get a hold of them. How are these things all tied together in this case? I think the whole function, and I think my case analysis, is that the 3-5-2-1-1-1-1-1-1-1-1-1-1-1-1-1, is the case of a case that fails, and it's a case that's out on the next chapter. The next chapter, the law that presents failure to adhere. In other words, you are a remedy, based on a violation of the Constitution, along with the merits of your case. And your case is terrific. It's gone because of failure. In this case, what you saw, you showed the hands that you're appearing with. What looks like a legitimate operation. There's a policy analysis of 1-2. Since that's the one, I'm going to... I'm sorry, I didn't get it. You can try that. I'm not understanding what you're talking about. Sorry. I'm going to say it. I ask you because nobody's here, so you can post the case. We need to send it back to the Congress, folks. Let the vulnerabilities be raised. I share Jerry's moral concerns. You have a great case. It's absolutely lawful. I already replied to it, and so everybody here will reply, too. I'm so grateful you're so straight. I think this is a tough question to raise. So, we know you're from New York City, and that's good for me. That's really good. I think we have three positives. The next two terms are the three more positives. The people who are going to be compensated for this case are the citizens. So, I'm not going to steer people from... We're not pushing for this case. We'll be pushing for it. We're going to raise the percentage that we have to compensate for this case. We know that. We're going to hear on the sidelines about how law should be built. We're going to be taking money into our hands. We're going to be raising funds. There are a lot more things we can do. I'll talk to you soon. Just talk to you soon. We're going to take a year or two, so those should be weighted down. You have to be qualified to do your distribution, because there are a lot of factors involved. You're not going to be able to do the 26 most recent failures. That's the only thing. I'll be just following the last two people. We're going to have to get a lot of time to get engaged in all of this together. We should be on the street most of the week before our candidates are heard. We should be open to the floor. And I want to push law. I want to push law. I should take a bill that's insured. Good morning, Your Honor. My name is Gordon. My name is Jim Nair, and I represent the Indian Association. You might know me from the early days of the suspense of security in Phoenix and Atlanta. Thank you. My name is Steve. I represent CETF. Today, we filed an H.I.3, and I'm going to go over to you all to answer some technical questions. This is my partner, Jim, and we're going to do it. Me and our joint group, we raised $7 million to go to the person who published the H.I.3, which included an H.I.3 in this context, and I went to five separate candidates in both of the H.I.3s. But are we here with qualified readers? I think we're here on quote, unquote, rich, qualified readers. There's maybe a majority of them, but not too much. I don't think we're still going to try and see who's necessary. So, I thought that you were going to qualify me. If there is a majority, you may well qualify me if that's on your purposes. We agree that it's important for the next to the panel of industry organizations to get more in charge with respect to the issue of special contractors. But I agree that it's important to take a role in that. They are a very important issue and this has been a big priority for a lot of you around the country. I don't know if we're in parallel in such a position, but I'm just going to make a couple of points that I think are important and I'm going to make a couple of points that I think are important to you. Essentially, I'm going to talk to you about the first issue, and then I'm going to talk to you about the second issue. Basically, I'm going to talk about the second issue, and then I'm going to talk about the third issue. The first is, these six reasons for the issue here are really, it's a big section of the decisions that we're all on, and it's a big section of the decisions that we're all on. And there was a federal officer who was just as fortunate in these kinds of circumstances, but in the border area, and in the country, so instead of having a federal officer who could have a hard time taking care of his country, he was actually a constituent of the Constitution. So that's the truth. He was a constituent of the Constitution. He didn't get to go to the end of his time. He was a constituent of the Constitution. He didn't get to go to the end of his time. And then thirdly, there would be, there would not be these statutes. So here, so your, your, how I would say your position, your position is that you're willing to actualize private suits for the violation of the Constitution, right? Now, to me, those statutes are substantive, but I don't know if you can see them completely. And what is being done, of course, is recognize that they seem to be the dangers there. There are very, many hazards in this case. And I think what I'm trying to do is I'm trying to, what I'm trying to do is you don't, you don't dispute that that's, that's the theory. And you have private suits on all the revenues that the construction company  Okay. So, so, so, so, so, so, so, so, so, so, so, so, so, so. So,    so, so, so, so. So, so. So, son, son, so, so, so, so. Let me, let me, let me maybe
judges: W. Fletcher, Rawlinson, Hurwitz